IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02258-NRN

MIGUEL EDUARDO ANTANO RODRIGUEZ,

      Petitioner,

v.

JUAN BALTAZAR, Warden of Denver Contract Detention Facility Processing Center, DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement, MARKWAYNE MULLIN, Secretary of U.S. Department of Homeland Security, and TODD BLANCHE, Acting U.S. Attorney General,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders [Docket No.'s 10 and 12] of Magistrate Judge N. Reid Neureiter entered on June 5, 2026 and June 12, 2026, it is

ORDERED that the Petition for a Writ of Habeas Corpus [Docket No. 1] is GRANTED IN PART.  It is further

ORDERED that Petitioner is awarded his costs pursuant to D.C.COLO.LCivR 54.1. *See Daley v. Ceja*, 158 F.4th 1152 (10th Cir. Nov. 3, 2025); 28 U.S.C. § 412(a)(1). It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 12th day of June 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ Román Villa
        Deputy Clerk